WILHELMINA C. WIETERS, respondent,

*v.*

ISRAEL HART, appellant.

[Argued March 13th and 14th, 1905.   Decided July 6th, 1905.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bergen, whose opinion is reported in *67 N. J. Eq. 507.*

*Mr. John Sykes* and *Mr. John T. Bird,* for the appellant.

*Mr. Frederick J. Faulks,* for the respondent.

PER CURIAM.

The decree is affirmed, for the reasons stated in the opinion rendered by Vice-Chancellor Bergen in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, FORT, GARRETSON, PITNEY, BOGERT, VREDENBURGH, VROOM—7.

*For reversal*—DIXON, GARRISON, SWAYZE, GREEN—4.